# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

HAILEY DAVIS,

    *Plaintiff*,

v.

JUDY KIM,

    *Defendant.*

Case No. 26-4002-EFM-BGS

## ORDER

This matter is before the Court on Magistrate Judge Brooks G. Severson's Report and Recommendation (Doc. 4) that Plaintiff's Complaint (Doc. 1) be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

Plaintiff was instructed to file written objections to the Report and Recommendation within fourteen days after being served. The Report and Recommendation was sent to Plaintiff via certified and regular mail, both of which returned as undeliverable with no forwarding address available. The Court has no additional address to send this Report to; thus, it will not be remailed.

**IT IS THEREFORE ORDERED** the Court **ADOPTS** the Report and Recommendation (Doc. 4) in its entirety and Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction and for failure to state a claim.

**IT IS SO ORDERED.**

This case is closed.

Dated this 11th day of February, 2026.

*Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE